**Gholam–Reza ZADNO–AZIZI, Appellant,**

v.

**Ross S. TSUGITA, John McKenzie, Tracy D. Maahs, and Yue–Teh Jang, Cross Appellants.**

**Nos. 2009–1002, 2009–1003.**

United States Court of Appeals, Federal Circuit.

Jan. 8, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Christine J. DONATI, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2008–3040.**

United States Court of Appeals, Federal Circuit.

Jan. 8, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).